NO. 07-11-0430-CV
 IN THE COURT OF APPEALS
 FOR THE SEVENTH DISTRICT OF TEXAS
 AT AMARILLO
 PANEL C
 MARCH 21, 2012
 ______________________________
 Ex parte EARL PRESTON CHEEKS
 _______________________________
 FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;
 NO. 2011-556,765; HON. WILLIAM SOWDER, PRESIDING
 _______________________________
 Memorandum Opinion
 _______________________________
 
Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
The Texas Department of Public Safety (the Department) appeals from an order of expunction granted in favor of Earl Preston Cheeks (Cheeks). It contends that there is no evidence to support the order because Cheeks served "probation" for the 1961 offense and reversal is required because the evidentiary hearing upon the motion to expunge was not transcribed. Since Cheeks concedes the accuracy of the second issue and need for a reversal and remand, we reverse the order granting expunction and remand the cause to the trial court.
 Brian Quinn
 Chief Justice